**NOT FOR PUBLIC VIEW**

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original   ☐ Duplicate Original

~~SEALED~~ s/ T. Ferris

ORDERED UNSEALED on 08/03/2021   s/ TrishaF

# UNITED STATES DISTRICT COURT
for the
Southern District of California

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )   Case No.   20MJ3391
Ryan Sawyer Mays )
DOB: May 29, 2001 )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___California___
(identify the person or describe the property to be searched and give its location):

See Attachment A-4, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal (identify the person or describe the property to be seized):

See Attachment B-4, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   ___August 28, 2020___   (not to exceed 14 days)
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   ___Hon. Allison H. Goddard___.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   ~~08/14/2020 1:50:00~~ a.m./p.m.
                                        8/14/2020 1:50 pm

City and state:   San Diego, California

Judge Signature: [signed]
HON. ALLISON H. GODDARD, U.S. Magistrate Judge
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 20MJ3391 | Date and time warrant executed: 20Aug20 | Copy of warrant and inventory left with: Ryan Sawyer Mays |

Inventory made in the presence of: Ryan Sawyer Mays

Inventory of the property taken and name(s) of any person(s) seized:

(2) Buccal Swab DNA Samples from Ryan Sawyer Mays.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 20 Aug 20

Executing officer's signature

Taylor Kosty NCIS Special Agent
Printed name and title

## ATTACHMENT A-4

### PERSON TO BE SEARCHED

Ryan Sawyer MAYS (DOB: May 29, 2001)

**(Target Subject)**

30

## ATTACHEMNT B-4

## ITEMS SUBJECT TO SEIZURE

Authorization is sought to search for and seize evidence that Ryan Sawyer MAYS committed arson in violation of federal law, including arson within special maritime and territorial jurisdiction, in violation of 18 USC § 81, and use of fire to damage federal property, in violation of and 18 USC § 844(f):

1. Buccal swab DNA sample from Ryan Sawyer MAYS. The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the NCIS for DNA testing; and
2. A cellular phone having the assigned telephone number (606) 922-0727.

39